FANNIE GOLDSTEIN, Appellant, v. IDA WILLIAMS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ABBEY PRINTSHOP, INC., Respondent, v. EGGERS, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant, v. JOHN M. LARSEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CLIFFORD G. LUDVIGH, as Trustee in Bankruptcy of CARRIE'S TEA ROOM, INC., Appellant, v. JAMES G. PAPADEM and Others, Respondents, Impleaded with Others, Defendants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

AARON A. GOLDFIELD, Respondent, v. MAX LACHMAN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

I. POLLACK & Co., INC., Respondent, v. EUREKA DRESS Co., INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

LOUIS LETZTER, Appellant, v. JOSEPH BASS, Trading under the Name of J. BASS & COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

FLORENCE M. WEISS, Respondent, v. WILLIAM WINTER JEFFERSON, Individually and as Executor, etc., of EMERSON FOOTE, Deceased, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion to preclude granted, with ten dollars costs. The effort of respondent to sustain the limitation of the preclusion order is wholly without merit and does not present an arguable question. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ANNIE KELLY, Appellant, v. MARY O'BRIEN, Defendant, Impleaded with MATTHEW O'BRIEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ALBERTI CARLETON & COMPANY, INC., Respondent, v. FRANK E. ANDERSON and Others, as Trustees, etc., and Others, Defendants, Impleaded with RICHARD T. HARRISS and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ANTONIO MOLLINO, Respondent, v. OGDEN & CLARKSON CORPORATION, Appellant, Impleaded with Others, Defendants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.